# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2006

131772

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TIMOTHY BRUCE ARMSTRONG,
      Defendant-Appellant.

SC: 131772
COA: 270291
Emmet CC: 05-002393-FC

_____/

      On order of the Court, the application for leave to appeal the June 15, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2006

s1122

               Clerk